UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED DISASTER RESPONSE, LLC | CIVIL ACTION |
| VERSUS | NO. 06-6075 |
| OMNI PINNACLE, LLC & ST. TAMMANY PARISH | SECTION "B"(1) |

### ORDER AND REASONS

The Motion to Reopen Case (Rec. Doc. No. 372) is **DENIED without prejudice to reurge within 30 days after completion of parties' exchange of discovery,** including depositions, **on the allegations attributed to a former managerial employee of Shaw Environmental & Infrastructure, Inc.,** on pertinent matters at issue here. If warranted, that discovery should be offered to appropriate authorities for further development in a separate context from this civil proceeding.

New Orleans, Louisiana, this 9th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE